IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KARLIS WILLIAMS
ADC #110541                                                                                           PLAINTIFF

V.                                          3:10CV00178 DPM/JTR

DR. SUMNER CULLOM                                                                          DEFENDANT

**ORDER**

Defendant, Dr. Sumner Cullom, has filed a Motion to Dismiss and a Supporting Brief arguing that this case should be dismissed for failing to state a claim upon which relief may be granted. *See* docket entries #8 and #9. The Court concludes that a Response from Plaintiff would be helpful to the resolution of that Motion.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff shall file, **within thirty days of the entry of this Order**, a Response to Defendant's Motion to Dismiss (docket entry #8).

2. Plaintiff is hereby advised that his failure to timely comply with this Order could result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 27th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

-1-