**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KARLIS WILLIAMS
ADC #110541                                                                                           PLAINTIFF

V.                                           3:10CV00178 JTR

DR. SUMNER CULLOM                                                                        DEFENDANT

### ORDER

On December 22, 2010, the Court entered an Order directing Plaintiff to file, on or before January 20, 2011, an Affidavit containing information necessary for the Court to determine whether there is a basis for diversity jurisdiction. *See* docket entry #43.

On January 19, 2011, Plaintiff filed a Motion stating that he has recently been granted parole, on an unspecified date. *See* docket entry #45. Plaintiff contends that it will be difficult for him to gather the information necessary to complete his Affidavit while making preparations for parole. *Id.* Accordingly, he asks the Court to indefinitely stay this case. *Id.*

The Court finds Plaintiff's request to be unreasonable. Additionally, Defendant is entitled to a ruling on his Motion to Dismiss for Lack of Jurisdiction, which has been pending since November 24, 2010. Accordingly, the Motion to Stay is denied. However, the Court will give Plaintiff a *final,* twenty-one day extension to file his Affidavit.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's Motion to Stay (docket entry #45) is DENIED.

2.     Plaintiff shall file, **on or before February 10, 2011**, an Affidavit containing the

-1-

information specified in the December 22, 2010 Order.

3.      Plaintiff is reminded that if he fails to timely and properly do so, the Court will either: (a) grant Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction; or (b) dismiss the case, without prejudice, pursuant to Local Rule 5.5(c)(2).

4.      Defendant shall filed his Reply **on or before March 14, 2011.**

Dated this 21st day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE